Frank E. Scherkenbach (SBN 142549 / scherkenbach@fr.com)
Adam J. Kessel (Admitted *pro hac vice* / kessel@fr.com)
Proshanto Mukherji (Admitted *pro hac vice* / mukherji@fr.com)
Jeffrey Shneidman (Admitted *pro hac vice* / shneidman@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Michael R. Headley (SBN 220834 / headley@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs
BYTEDANCE INC., TIKTOK INC., and TIKTOK PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYTEDANCE INC., TIKTOK INC., AND TIKTOK PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TRILLER, INC.,<br><br>Defendant. | Case No. 4:20-cv-07572-JSW<br><br>**PLAINTIFFS' [PROPOSED] ORDER RE: DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY FIRST CLAIM FOR RELIEF OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1   This matter comes before the Court on Defendant's Motion to Dismiss, or in the
2   Alternative, to Stay First Claim for Relief of Plaintiffs' First Amended Complaint (Dkt. No. 33,
3   "the Motion").  The Court finds that a limited stay of Plaintiffs' declaratory judgment claim
4   (Plaintiffs' First Claim for Relief) is more efficient and appropriate than dismissal of that claim.
5   *See, e.g., Google Inc. v. Eolas Techs., Inc.*, 2016 U.S. Dist. LEXIS 78842, at *24 (N.D. Cal. June
6   16, 2016).

7   Finding good cause shown, **IT IS HEREBY ORDERED** that Defendant's Motion to
8   Dismiss is **DENIED**, and Plaintiffs' claim for Declaratory Judgment of Non-Infringement of U.S.
9   Patent No. 9,691,429 (Plaintiffs' First Claim for Relief) is **STAYED** until resolution of the 28
10  U.S.C. § 1404(a) transfer issues raised in the Motion to Transfer filed in *Triller, Inc. v. Bytedance*
11  *Ltd. et al.*, No. 6:20-cv-693 (W.D. Tex. Nov. 13, 2020), Dkt. No. 30 in that case.
12  The parties shall file a notice with this Court of that decision within 7 days of its issuance.

13  **IT IS SO ORDERED.**

15  Dated: March 30, 2021

    _____
    Hon. Jeffrey S. White
    United States District Court

1

[~~PROPOSED~~] ORDER RE OPPOSITION TO
DEFENDANT'S MOT TO DISMISS
Case No 4:20-cv-07572-JSW