UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYTEDANCE INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRILLER, INC.,<br><br>    Defendant. | Case No. 20-cv-07572-JSW<br><br>**ORDER VACATING HEARING AND BRIEFING SCHEDULE ON MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. No. 46 |

On March 30, 2021, the Court issued an Order regarding Defendant's motion to dismiss or to stay pending resolution of a transfer issue. Defendant has now moved for judgment on the pleadings on three other claims raised in Plaintiffs' amended complaint. Although the Order granting the stay stated that Plaintiffs' first claim for relief was stayed pending resolution of the transfer issue, the Court does not find it efficient to address matters in a piecemeal fashion. Accordingly, the Court VACATES the hearing scheduled on Defendant's motion for judgment on the pleadings and VACATES the briefing schedule.

This matter is STAYED pending resolution of the transfer issue, and the parties shall file a notice with the Court within seven (7) days of the issuance of that decision, as directed in the Order dated March 30, 2021.

**IT IS SO ORDERED**.

Dated: April 15, 2021

JEFFREY S. WHITE
United States District Judge