M. Elizabeth Day (SBN 177125))
eday@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
**KRAMER DAY ALBERTI**
**LIM TONKOVICH & BELLOLI LLP**
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300/Fax 650 460-8443

Brian N. Platt (*pro hac vice*)
bplatt@wnlaw.com
Brent P. Lorimer (*pro hac vice*)
blorimer@wnlaw.com
**WORKMAN NYDEGGER PC**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Tel: 801 533-9800/Fax 801 328-1707
Attorneys for Defendant Triller, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYTEDANCE INC., TIKTOK INC., and TIKTOK PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TRILLER, INC., <br><br> Defendant. | Case No.: 4:20-cv-7572-JSW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Hon. Jeffrey S. White |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs ByteDance Inc., TikTok Inc., and TikTok Pte. Ltd. and Defendant Triller Inc. hereby stipulate to the dismissal of the above-entitled action without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 22, 2022          FISH & RICHARDSON P.C.

                                   By: /s/ *Michael R. Headley*
                                   Michael R. Headley

                                   *Attorneys for Plaintiffs ByteDance Inc., TikTok Inc., and TikTok Pte. Ltd.*

Dated: September 22, 2022          KRAMER DAY ALBERTI
                                   LIM TONKOVICH & BELLOLI LLP

                                   By: /s/ *M. Elizabeth Day*
                                   M. Elizabeth Day

                                   *Attorneys for Defendant Triller, Inc.*